**Order entered December 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00834-CV**

## IN RE KINDER MORGAN PRODUCTION COMPANY, LLC, PECOS COUNTY APPRAISAL DISTRICT, AND THOMAS Y. PICKETT & CO., RELATORS

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01622**

## ORDER

Before Chief Justice Wright, and Justices Lang-Miers and Fillmore

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator Thomas Y. Pickett & Co.'s petition for writ of mandamus and **DIRECT** the trial court to issue written orders vacating its (1) June 9, 2018 order on non-parties' objections to amended deposition to Pecos County Appraisal District, and (2) July 9, 2018 Order on Discovery and for Confidentiality. We further **ORDER** the trial court to file with this Court, within thirty (30) days of the date of this order, a certified copy of its orders issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

We **ORDER** the real party in interest to bear the costs, if any, of this original proceeding.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE